Joni J. Jones (7562)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, 6th Floor
Salt Lake City, Utah 84114
Telephone: (801) 366-0100
E-mail: *jonijones@agutah.gov*

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE STATE OF UTAH, DEPARTMENT OF ADMINISTRATIVE SERVICES, DIVISION OF RISK MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL<br><br>Case No. 2:21-cv-00072-JCB<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having yet been filed by the Defendant in this action, Plaintiff, by and through counsel, Joni J. Jones, Assistant

Utah Attorney General, hereby files this Notice of Dismissal, dismissing the Complaint herein without prejudice.

RESPECTFULLY SUBMITTED THIS 5th day of March, 2021.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Joni J. Jones*
JONI J. JONES
Assistant Utah Attorney General
*Counsel for Plaintiff*